ENTERED ON DOCKET
SEP 3 0 1999 PURSUANT
TO FRCP RULES 58 & 79a

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

HECTOR MEDINA SANCHEZ,
WANDA GARCIA CARAMBOT, and
the Conjugal Partnership Existing
Between Them,
   Plaintiffs,

v.

WESTERN AUTO OF PUERTO RICO;
WESTERN AUTO SUPPLY
COMPANY,
   Defendants.

Civil No. 97-1921 (HL)



## JUDGMENT

The Court having issued an opinion and order on this same date, judgment is hereby entered dismissing with prejudice Plaintiff's federal law claims against Western Auto of Puerto Rico and Western Auto Supply Company and dismissing without prejudice Plaintiff's Puerto Rico law claims.

San Juan, Puerto Rico, September 29, 1999.



HECTOR M. LAFFITTE
Chief U.S. District Judge