UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Hector Medina Sanchez, et al.,
    Plaintiffs,
    v.
Western Auto of Puerto Rico, Inc., et al.,
    Defendants.

CASE NUMBER: 97-1921 (HL)

| MOTION |
|---|
| Date Filed: 10/12/99   Docket #48   [x] Plffs [] Defts |
| Title: Motion to Alter or Amend Judgment |
| Opp'n Filed:   Docket # |

| ORDER |
|---|
| Denied. The Court's Judgment and Opinion and Order in this case shall stand as entered. |

Date

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:     EOD:

By:     #


